**O**

# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKINLEY PIERCE ATKINS,<br><br>          Petitioner,<br><br>    vs.<br><br>DAVE DAVEY, WARDEN,<br><br>          Respondent. | CASE NO. SA CV 14-02018 JGB (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of McKINLEY PIERCE ATKINS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 4/17/2015

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE